JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY JOHNSON, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., a National Banking Association; and DOES 1 through 100 inclusive,<br><br>    Defendants. | CASE NO. 2:22-cv-02374-SPG-JC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties.

**IT IS SO ORDERED.**

Dated: August 2, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE